1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  BRANDIN WILSON,                    )  NO. CV 13-3904-FMO(E)
                                       )
12            Petitioner,              )
                                       )      ORDER ACCEPTING FINDINGS,
13        v.                           )
                                       )      CONCLUSIONS AND RECOMMENDATIONS
14  THE DIRECTOR OF THE                )
    CALIFORNIA DEPARTMENT OF           )      OF UNITED STATES MAGISTRATE JUDGE
15  CORRECTIONS, et al.,               )
                                       )
16            Respondents.             )
                                       )
17  _____)

18

19        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

20  Petition, all of the records herein and the attached Report and

21  Recommendation of United States Magistrate Judge.  The Court accepts

22  and adopts the Magistrate Judge's Report and Recommendation.

23

24        IT IS ORDERED that Judgment be entered denying and dismissing the

25  Petition without prejudice.

26  ///

27  ///

28  ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein on Petitioner and counsel for Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7    DATED: October 18, 2013.

8

9

10                                      _____/s/_____

                                            FERNANDO M. OLGUIN
11                                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28