**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRANDIN WILSON, | ) | NO. CV 13-3904-FMO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 18, 2013.

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE